IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTRAVENO J. PIERCE, | \* |
|     Plaintiff, | \* |
| v. | Case No. 7:23-cv-23 (HL-TQL) |
| | \* |
| ASHLEY PAULK, | |
| | \* |
|     Defendant. | |
| | \* |

## **JUDGMENT**

Pursuant to this Court's Order dated March 5, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of March, 2024.

                                            David W. Bunt, Clerk

                                            s/ Kathleen S. Logsdon, Deputy Clerk